IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**CRIMINAL CASE NO. 3:08cr259-3**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| LAJARIKA BLAKENEY. | ) | |

**THIS MATTER** is before the Court on the Government's Motion for Final Order of Forfeiture [Doc. 171]. No response has been received.

On June 29, 2009, the Court entered a preliminary order of forfeiture. [Doc. 124]. From August 6, 2009 through September 4, 2009, the United States published, via www.forfeiture.gov, notice of (1) this preliminary order of forfeiture; (2) the intent to the Government to dispose of the forfeited property in accordance with law; (3) the rights of third parties to petition the Court within sixty days of August 6, 2009 for a hearing to adjudicate the validity of any alleged interest in the property. No such petitions have been filed and the time for filing the petitions has expired.

Based on the Defendant's plea agreement, the Preliminary Order of

Forfeiture and the imposition of sentence, the Court finds that the property is forfeited.

**IT IS, THEREFORE, ORDERED** that the following property is hereby forfeited to the United States for disposition according to law:

Two (2) Visa gift cards;

One (1) Best Buy gift card;

One (1) Wal-Mart gift card.

Signed: November 3, 2009

Martin Reidinger
United States District Judge